CLINTON TOWNSHIP *v.* DRAPER and Others.

The first section of the act of 1852, "for the more uniform mode of doing township business," provides for the organization of townships. *Held,* that it is not void for inconsistency with the title of the act.

APPEAL from the *Decatur* Court of Common Pleas. <span>Monday, June 4.</span>

PERKINS, J.—The commissioners of *Decatur* county, for the purpose of equalizing and rendering more shapely and convenient for the public business, the townships of the county, detached certain territory from *Washington*, and attached it to *Clinton* township. The commissioners acted under a statute found in 1 R. S. p. 495, and entitled "an act for the more uniform mode of doing township business," the first section of which authorizes "the board of county

May Term, 1860.

commissioners in each county to lay off and divide the same into any number of townships that the convenience of the citizens may require, and from time to time, as such convenience demands, to alter the boundaries," &c. It is contended that this section of the law is void for not being germane to the subject embraced by its title. The Court so held below.

We incline to a different opinion. The point is not a clear one; but we think the better opinion is, that the organization of the townships may be one of the steps in reaching a more uniform mode of doing the business of the several townships. If so, it is properly connected with the subject of the title. See *Brewster* v. *The City of Syracuse*, 19 N. Y. R. 116.—*Henry* v. *Henry*, 13 Ind. R. 250.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*J. Gavin* and *O. B. Hord*, for the township.